UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENZEL EARLY,

     Plaintiff,

                                          Case No. 25-cv-12345
v.                                    Hon. Matthew F. Leitman

UNITED STATES FOOD AND DRUG
ADMINISTRATION,

     Defendant.

_____/

## ORDER (1) DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* (ECF No. 2); (2) SUMMARILY DISMISSING ACTION; AND (3) DENYING CERTIFICATE OF APPEALABILITY

On July 29, 2025, Plaintiff Denzel Early filed this action against Defendant United States Food and Drug Administration. (*See* Compl., ECF No. 1.)  Early also filed an application to proceed *in forma pauperis*. (*See* Application, ECF No. 2.) Upon review of Early's Complaint and litigation history in the federal courts, the Court concludes that this case must be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).  The Court will therefore **DENY** the application to proceed *in forma pauperis*.

Under the Prison Litigation Reform Act, "a prisoner may not proceed *in forma pauperis* where a federal court [has] dismissed the incarcerated plaintiff's action (because it was frivolous, malicious, or failed to state a claim for which relief may

1

be granted) three or more times." *Jenkins v. Mutschler*, 2021 WL 3885898, at *1 (E.D. Mich. Aug. 31, 2021) (citing 28 U.S.C. § 1915(g)).  This is known as the "three-strikes" rule. *See id.*  A review of federal court records indicates that Early has filed at least three complaints that have been dismissed by federal courts for being frivolous, malicious, or for failing to state a claim upon which relief could be granted.  *See Early v. Sieg*, No. 19-cv-11886 (E.D. Mich. July 16, 2019) (summarily dismissing complaint for failure to state a claim); *Early v. Midland Credit Mgmt.*, No.  19-cv-11907 (E.D. Mich. July 11, 2019) (same); *Early v. U.S. Dep't of Educ.*, No. 19-cv-11908 (E.D. Mich. July 2, 2019) (same); *Early v. Abramo*, No. 19-cv-11976 (E.D. Mich. July 10, 2019) (same); *Early v. Hasan*, No. 19-cv-11977 (E.D. Mich. July 16, 2019) (same); *Early v. Stonecrest*, No. 25-cv-50019 (E.D. Mich. June 3, 2025); *Early v. City of Detroit*, No. 25-cv-12321 (E.D. Mich.  July 31, 2025) (dismissing complaint based upon the "three-strikes" rule).  Thus, Early cannot proceed *in forma pauperis* in this action.

Early is also not eligible to proceed under the exception to the "three-strikes" rule known as the "imminent danger" exception.  Under that exception, "[a] prisoner may avoid three-strikes dismissal by alleging facts showing he 'is under imminent danger of serious physical injury.'" *Jenkins*, 2021 WL 3885898, at *1 (quoting 28 U.S.C. § 1915(g)).  Early has not made plausible allegations of imminent danger.

For all of these reasons, the Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g).  The Court will dismiss the claims without prejudice so that if Early wishes, and he pays the required filing fee, he may re-file his claims in a new action.  The application to proceed *in forma pauperis* is **DENIED**.  Finally, **IT IS FURTHER ORDERED AND CERTIFIED** that any appeal of this order taken by the Plaintiffs could not be taken in good faith, so the Court **DENIES** Early a certificate of appealability.

      **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 4, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 4, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126